GEUM POONG CORPORATION and Sam Young Synthetics Co., Ltd., Plaintiffs,

and

William Barnet & Son, Inc., Movant–Appellant,

and

Consolidated Textiles, Inc., Movant–Appellant,

v.

STEIN FIBERS, LTD., Movant–Appellee,

and

Samyang Corporation (now known as Huvis Corporation), Movant–Appellee,

v.

United States, Defendant–Appellee,

and

E.I. DuPont De Nemours, Inc., Arteva Specialities S.a.r.l. (doing business as KoSa), and Wellman Inc., Defendants–Appellees.

Nos. 02–1573, 02–1578.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b), as to 02–1573 only.